# Office of the Chapter 13 Trustee
## Mrs. Toby L. Rosen, Trustee

_____

400 W. Tuscarawas St., 4th Floor, Canton, Ohio 44702-1914

(330) 455-2222    FAX (330) 455-1240

TRANSMITTAL OF UNCLAIMED FUNDS

June 16, 2015

09-64874

CORARENA LYNN STREETER

DEBTOR DID NOT CASH CHECK

CHECK #695507  FOR $1,558.12  CLAIM # REFUND

CORARENA STREETER
203 THOMPSON STREET
UHRICHSVILLE, OH 44683